UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.     CR 15-055 ML

FELIX FUENTES-PEREZ

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reduce Sentence (Docket #39). The Motion is DENIED for the following reason:

Defendant was sentenced after the November 1, 2014 Guidelines went into effect. His guideline range has not been lowered by any new amendment.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
February 3, 2016